UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) No. 4:06CR235(JCH)<br>LONGITUDE ELECTRONICS and BING ZHAO, )<br>)<br>Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the deadline for filing objections, if any, to the Presentence Report is **June 12, 2006**.

**IT IS FURTHER ORDERED** that the parties shall inform the Court in writing not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

Dated this 4Th day of April, 2006

                                                            \s\ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE