UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-CR-235 (JCH)-2 |
| | ) | |
| BING ZHAO, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

The matter is before the Court on Defendant's Motion for Release of Passport, filed July 9, 2008.[1] (Doc. No. 38). Upon consideration, the Court will grant this motion. Defendant's probation ended on June 30, 2008, and the United States Probation Office has informed the Court that it has no objection to its release.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Release of Passport is **GRANTED** and the Clerk of the Court shall return the passport to Defendant.

Dated this <u>28th</u> day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

.

---

[1]This filing is actually a letter sent by Defendant. The Court, however, will liberally construe it as a motion.